UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                  :

ZION ALEXANDER,                                                           :

                            Plaintiff,                    :                    24-CV-8084 (AS)

                -v-                                      :                    <u>VALENTIN ORDER</u>

CITY OF NEW YORK; R.L. WILLIAMS, M.D.;    :
CORRECTION OFFICER REYNOLDS; CORRECTION  :
OFFICER KOWONDA; PHYSICIAL AFFILIATE     :
GROUP OF NEW YORK, P.C.,                          :
                                                                    X
                            Defendants.

-----------------------------------------------------------------------

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff Zion Alexander, who is currently incarcerated at George R. Vierno Center ("GRVC") on Rikers Island, brings this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging that correction officials employed by the New York City Department of Correction violated his rights. Plaintiff originally sued (1) the City of New York; and (2) Rhodina Lynn Williams, M.D. Dkt. 1. The Court construed Alexander's complaint as also asserting claims against two GRVC correction officers mentioned in the complaint's statement of claim, Reynolds and Kowonda, as well as against the Physician Affiliate Group of New York, P.C., which appears to be Williams's employer. Dkt. 7. The Court directed the Clerk of Court to add those three parties as defendants in this action under Rule 21 and requested that the City of New York, Reynolds, and Kowonda waive service of summons. *Id.*

      On January 6, 2025, the City of New York and correction officer Reynolds returned executed waivers of service. Dkts. 10, 11. Kowonda's waiver of service was returned unexecuted because no employee that matches that name is employed by the agency. *See* Dkt. 12.

      Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. The complaint supplies sufficient information to permit the New York City Department of Correction to identify the defendant described by plaintiff as officer Kowonda. It is therefore ordered that the New York City Law Department, who is the attorney for and agent of the New York City Department of Correction, shall ascertain the identity of Kowonda. The New York City Law Department shall provide this information to plaintiff and the Court within **thirty days** of the date of this order.

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

      SO ORDERED.

Dated:   **January 24, 2025**
             New York, New York

                                               ARUN SUBRAMANIAN
                                               United States District Judge