UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZION ALEXANDER,

               Plaintiff,

    -against-

CITY OF NEW YORK; R.L. WILLIAMS,
M.D.; CORRECTION OFFICER
REYNOLDS; PHYSICIAL AFFILIATE
GROUP OF NEW YORK, P.C.;
CORRECTION OFFICER IDRISSA
KOUANDA,

               Defendants.

24-cv-8084 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

     On April 28, 2025, defendants filed a motion to dismiss *pro se* plaintiff Zion Alexander's complaint. Dkt. 23. Plaintiff's opposition is due June 10, 2025, and defendants' reply is due June 24, 2025. Defendants are hereby ordered to serve a copy of this order and the motion papers on plaintiff and file proof of service on the docket.

     SO ORDERED.

Dated:  April 29, 2025
       New York, New York

                                     ARUN SUBRAMANIAN
                                   United States District Judge