UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION ALEXANDER,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; R.L. WILLIAMS, M.D.; CORRECTION OFFICER REYNOLDS; PHYSICIAN AFFILIATE GROUP OF NEW YORK, P.C.; CORRECTION OFFICER IDRISSA KOUANDA,<br><br>                Defendants. | 24-cv-8084 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

*Pro se* plaintiff Zion Alexander's opposition to the city defendants' pending motion to dismiss is currently due June 10, 2025, and defendants' reply is due June 24, 2025. *See* Dkt. 26. On May 7, 2025, Physician Affiliate Group of New York filed a separate motion to dismiss the complaint. Dkt. 23. To allow plaintiff the opportunity to respond to both motions to dismiss at the same time, plaintiff's opposition deadline is hereby extended to **June 24, 2025**. Defendants' replies will be due **July 8, 2025**. Defendants are hereby ordered to serve a copy of this order and the motion papers on plaintiff and file proof of service on the docket.

      SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge