

THE CITY OF NEW YORK

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**ODALMY RUIZ**
*Assistant Corporation Counsel*
odaruiz@law.nyc.gov
Phone: (212) 356-5053

February 12, 2026

**By ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St
New York, New York 10007

Re: <u>Zion Alexander v. City of New York, et al.</u><br>24 CV 8084 (AS)

Your Honor:

 I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Dr. Rhodina L. Williams ("Defendant") in the above-referenced action. The undersigned respectfully writes to request that the initial conference in this matter be scheduled after the undersigned's anticipated return from medical leave on March 17, 2026. Plaintiff consents to this request.

 By way of background, on October 21, 2024, Plaintiff commenced this action alleging that, on September 20, 2024 and September 22, 2024, he was denied medical treatment while incarcerated in violation of his constitutional rights, asserting deliberate indifference to his serious medical needs. (ECF No. 1). Plaintiff named the City of New York and Dr. Williams as defendants, and the Court subsequently added Correction Officer Reynolds, Correction Officer Kouanda, and PAGNY. (ECF No. 7). Defendants moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF Nos. 22, 28).

 On December 16, 2025, the Court issued an Opinion and Order granting in part and denying in part Defendants' motions. (ECF No. 40). The Court dismissed the claims against the City of New York, Correction Officer Reynolds, and Correction Officer Kouanda, but permitted the claim against Dr. Williams to proceed. (<u>Id.</u>) The Court further directed Defendant to meet and confer with Plaintiff and propose a discovery schedule by February 16, 2026, and to file an answer within fourteen days after the expiration of Plaintiff's time to amend the complaint. (<u>Id.</u>) The undersigned filed an Answer on behalf of Defendant on January 30, 2026. (ECF No. 21). On February 10, 2026, the parties met and conferred regarding a proposed case management plan.

During the meet-and-confer, the undersigned advised Plaintiff of the undersigned's upcoming medical leave, and the parties agreed to the propose deadlines consistent with Your Honor's Case Management Plan and the undersigned's anticipated medical leave.

Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ *Odalmy Ruiz*
Assistant Corporation Counsel
Special Federal Litigation Division

**BY FIRST CLASS MAIL**

Zion Alexander
*Plaintiff Pro Se*
09-09 Hazen Street
East Elmhurst, NY 11370

Zion Alexander[1]
DIN 25R4016
Ulster Correctional Facility
750 Berme Road
P.O. Box 800
Napanoch, NY 12458-0800

No conference is currently scheduled. Should the parties believe an initial conference is necessary, they may file an appropriate letter motion. The Court will, of course, take into consideration defendant's counsel's medical leave should any conference be scheduled. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 13, 2026

---

[1] Although Plaintiff has not updated his address on the docket as of this filing, upon information and belief, this is Plaintiff's current address.