UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zion Alexander,

                              Plaintiff,

                    -against-

R.L. Williams, M.D.,

                              Defendant.

24-CV-8084 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court responds to plaintiff's filings as follows:

First, Alexander filed a letter requesting pro bono counsel and explaining why there were no administrative remedies to exhaust. Dkt. 49. The Court has granted his request for pro bono counsel, Dkt. 48, but the Court cannot guarantee counsel will agree to take the case as the appointment of counsel is dependent on volunteer attorneys. If the Court is able to secure an attorney for Alexander, the attorney will contact him. As for the administrative remedies, Alexander need not address the issue at this time; should a motion for summary judgment be filed by Williams that cites a failure to exhaust administrative remedies, he may explain why he was not required to exhaust any remedies at that time.

Second, Alexander sought to file a motion for some discovery from defendant. Dkt. 50. Within seven days, Williams is ordered to either provide Alexander with the requested discovery, or provide him a written explanation (with a copy on the public docket) as to why it is withholding any discovery.

Alexander should direct any future requests for discovery to Williams's attorney first. Should he be unable to receive the discovery requested, he may file a motion with the Court to compel discovery, and Williams's attorney will have the opportunity to respond to explain why any discovery is being withheld.

SO ORDERED.

Dated: March 6, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge