UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zion Alexander,<br><br>                    Plaintiff,<br><br>          -against-<br><br>R.L. Williams, M.D.,<br><br>                    Defendant. | 24-CV-8084 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court agrees that the Corporation Counsel's delay in responding to the Court's order is excused given counsel's medical leave.

The Court directs plaintiff to complete the authorization forms so that defendant can provide him with the medical records memorializing the alleged incident.

The Court reserves judgment on potential sanctions for spoliation at this time. While counsel's letter suggests that she was diligent once assigned to the case, the Corporation Counsel's more than two-week delay in assigning counsel will be taken into account at a later time.

SO ORDERED.

Dated: March 26, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge