UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zion Alexander,

Plaintiff,

-against-

R.L. Williams, M.D.,

Defendant.

24-CV-8084 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff appears to have been released from custody and has not updated his address with the Court. Neither defendant nor counsel that has volunteered to represent him pro bono have been able to contact him as a result.

Plaintiff is directed to update his address with the Court within 60 days of this order. Should he fail to do so, the Court may dismiss this action for failure to prosecute without further notice.

Defendant's counsel is directed to provide a copy of this order to plaintiff's parole officer within seven days of this order, and to request that the officer forward this order to Alexander.

SO ORDERED.

Dated: July 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge