UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZION ALEXANDER,

Plaintiff,

-against-

CITY OF NEW YORK; R.L. WILLIAMS, M.D.,

Defendant.

24-CV-8084 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On or before August 14, 2026, the parties should meet and confer and propose, by letter motion, a schedule for this case moving forward. Defendants are requested to email a copy of this order to plaintiff at the email address indicated in Dkt. 63. To the extent that plaintiff has not yet corresponded with pro bono counsel, that should happen immediately and counsel should enter an appearance.

SO ORDERED.

Dated: August 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge