UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZION ALEXANDER,

Plaintiff,

-against-

CITY OF NEW YORK; R.L. WILLIAMS, M.D.,

Defendants.

24-CV-8084 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of two letter motions filed by Alexander, acting pro se. In the first, he seeks spoilation sanctions against defendants. Dkt. 56. In the second, he highlights the problems he is having with the representation provided by his pro bono counsel. Dkt. 70.

To better understand these motions, the Court finds it appropriate to have a hearing. Accordingly, all parties, including both Alexander and his pro bono counsel, are to attend a hearing on **Wednesday, September 23, 2026, at 2:00 PM ET**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: September 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge