**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**ODALMY RUIZ**
*Assistant Corporation Counsel*
odaruiz@law.nyc.gov
Phone: (212) 356-5053

September 21, 2026

**By ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl St
New York, New York 10007

Re: Zion Alexander v. R.L. Williams, M.D., et al.,
24 Civ. 8084 (AS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York ("Office"), attorney for Dr. Rhodina L. Williams ("Defendant") in the above-referenced action. Defendant respectfully writes to request an adjournment of the hearing currently scheduled for September 23, 2026 at 2 p.m. (ECF No. 72). This is the first request of its kind. Plaintiff's counsel takes no position on this request.

By way of background, on August 14, 2026, the parties jointly requested a six-month extension of the case schedule following the appointment of pro bono counsel to represent Plaintiff. (ECF No. 67.) The Court granted that request. (ECF No. 68.) On September 8, 2026, Plaintiff filed a letter motion requesting that Vinson & Elkins LLP be relieved as his counsel and expressing his desire to proceed pro se. (ECF No. 70.) The Court subsequently scheduled a hearing for September 23, 2026, at 2:00 p.m. to better understand Plaintiff's motions. (ECF No. 72.) Shortly thereafter, Plaintiff's pro bono counsel formally moved for leave to withdraw. (ECF No. 73.)

The reason for the request is that the undersigned is not available to appear at the September 23, 2026 hearing at 2 p.m. because the undersigned is scheduled to appear in a settlement conference on that date and at the same time in the matter of Bougoura Desire Sango v. City of New York, et al.

Accordingly, Defendant respectfully requests that the hearing be adjourned to a date and time convenient for the Court.[1]

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Odalmy Ruiz*
Assistant Corporation Counsel
Special Federal Litigation Division

**VIA ECF**
Tyler Mercado
Vinson & Elkins LLP
*Pro bono counsel for Plaintiff*

The scheduled hearing is hereby moved up to 12:30 PM on September 23, 2026.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 21, 2026

[1] The undersigned respectfully inform the Court that I am also unavailable on September 22, 2026, due to a previously scheduled commitment and on September 24, 2026, due to three previously scheduled status conferences in other matters.