UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZION ALEXANDER,

Plaintiff,

-against-

CITY OF NEW YORK; R.L. WILLIAMS, M.D.,

Defendants.

24-CV-8084 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons discussed at the hearing on September 23, 2026, the motion for leave to withdraw as counsel for plaintiff, Dkt. 73, is GRANTED.

Additionally, having been informed that the motion for default judgment was not filed by plaintiff, Dkt. 56, that motion is DENIED.

Plaintiff has the Court's approval to receive notifications and file documents via ECF. Dkt. 71. Plaintiff should contact the ECF help desk at 212-805-0800 for any further assistance in receiving or submitting filings in the case.

The Clerk of Court is respectfully directed to terminate the motions at ECF 56, 59, and 73.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge